**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **Elizabeth Freeman** | : | **BK. No. 18-13303-jkf** |
|         **Debtors** | : | |
| | : | **Chapter No. 13** |
| **DITECH FINANCIAL LLC** | : | |
|         **Movant** | : | |
| v. | : | |
| **Elizabeth Freeman** | : | |
| **MARION INGRAM (NON-FILING CO-DEBTOR)** | : | **11 U.S.C. §362 AND §1301** |
|         **Respondents** | : | |
| | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

**DITECH FINANCIAL LLC** has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court to permit **DITECH FINANCIAL LLC** to Foreclose on **23 MISTLETOE LANE, LEVITTOWN, PA 19054**.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before 02/27/2019 you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

> Clerk's Office, U.S. Bankruptcy Court
> The Robert Nix Building
> 900 Market Street
> Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:

> PHELAN HALLINAN DIAMOND & JONES, LLP
> 1617 JFK Boulevard, Suite 1400
> One Penn Center Plaza
> Philadelphia, PA  19103

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable JEAN K. FITZSIMON on 03/06/2019 at 9:30 a.m., in Courtroom 3, United States Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P 9014(d).

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

January 24, 2019