IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Elizabeth Freeman | : | Chapter 13 |
| Anthony T. Riddick | : | |
| | : | Case No.  18-13303JKF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan at docket number 48.

Dated: September 12, 2019          /s/ Brad J. Sadek, Esquire

Brad J. Sadek, Esquire

Sadek and Cooper

1315 Walnut Street, Suite 502

Philadelphia, PA 19107

215-545-0008